UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LOUIS KING, | No. 2:21-cv-1671 DB P |
| Plaintiff, | |
| v. | ORDER |
| N.J. VERA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 plus the $52.00 administrative fee nor has he filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). By order dated January 13, 2021, plaintiff was directed to submit the filing fee or a completed in forma pauperis application. (ECF No. 4.)

In response, plaintiff filed a response stating that he did not intend to file a § 1983 action. (ECF No. 5.) Rather, he states, he sought a court order directing prison officials to respond to his grievance. (Id. at 2.) He requests the court either dismiss this action or issue an injunction ordering CDCR to file a response to his grievance. Plaintiff acknowledges that he cannot file a § 1983 action until he exhausts administrative remedies.

////

////

Upon review of both the petition (ECF No. 1) and plaintiff's response (ECF No. 5), it appears that the events giving rise to plaintiff's claim[1] occurred at California State Prison Corcoran. Thus, the alleged violations took place in Kings County which is in the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of the 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  March 21, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/king1671.22

---

[1] The appeal plaintiff references in the complaint appears to have been filed at California State Prison Corcoran. (ECF No. 1 at 4.)

2