UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LOUIS KING,<br><br>                  Plaintiff,<br><br>      v.<br><br>N. J. VERA,<br><br>                  Defendant. | Case No.: 1:22-cv-00331-SKO (PC)<br><br>**ORDER REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>(Doc. 9) |

Plaintiff Larry Louis King is proceeding *pro se* in this civil rights action. On April 20, 2022, Plaintiff filed a "Notice of Voluntary Dismissal Without Prejudice."[1] (Doc. 9.)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **April 22, 2022**            /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff notes he still awaits an answer to his grievance and will exhaust his administrative remedies before refiling suit.